UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOT TE DIVISION
3:18-cv-189-FDW

| JAMES C. MCNEILL, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) ORDER |
| JOHN HERRING, et al., | ) |
| Defendants. | ) |

**THIS MATTER** comes before the Court on Plaintiff's Motion to Compel Discovery, (Doc. No. 14). Plaintiff's motion will be denied as premature because discovery has not commenced in this action. Plaintiff is advised that discovery in this action does not commence until after Defendants have been served and answered or otherwise responded to the Complaint, and after the Court has entered a Pretrial Order and Case Management Plan in this matter setting forth deadlines for discovery and dispositive motions. Moreover, once discovery commences, Plaintiff must seek discovery from Defendants directly rather than filing motions with the Court.

**IT IS THEREFORE ORDERED THAT:**

Plaintiff's Motion to Compel Discovery, (Doc. No. 14), is **DENIED** as premature.

Signed: March 20, 2019

Frank D. Whitney
Chief United States District Judge