# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-cv-00189-MR

| | |
|---|---|
| JAMES C. MCNEILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| FNU HINSON, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Plaintiff's "Notice…" [Doc. 42]. For the reasons stated in Plaintiff's "Notice,"

**IT IS HEREBY ORDERED** that, within five (5) days, counsel for Defendants shall mail Plaintiff a copy of Defendants' discovery responses in the case, including any documents produced therewith.

**IT IS FURTHER ORDERED** that the Clerk shall mail Plaintiff a copy of Docket No. 1 in this matter.

**IT IS FURTHER ORDERED** *sua sponte* that the parties shall have an additional fourteen (14) days, until September 22, 2020, to file dispositive motions in this matter.

**IT IS SO ORDERED.**

Signed: September 2, 2020

Martin Reidinger
Chief United States District Judge