UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF NORTH CAROLINA
                              CHARLOTTE DIVISION
                               3:18-cv-189-GCM

| JAMES C. MCNEILL,      | )              |
|                        | )              |
| **Plaintiff,**         | )              |
|                        | )              |
| vs.                    | )              |
|                        | )              |
| JHON HERRING, et al.,  | )   **5-DAY ORDER** |
|                        | )              |
| **Defendants.**        | )              |
|                        | )              |

**THIS MATTER** is before the Court *sua sponte*.

The *pro se* incarcerated Plaintiff brought this civil rights action pursuant to 42 U.S.C. § 1983. It is presently scheduled for a jury trial on November 1, 2021. (Doc. No. 60).

On August 6, 2021, the Court issued an Order instructing the parties, "**[f]our full weeks** before the first day of the term in which this case has been placed on a published trial calendar," to file a trial brief, joint statement, proposed jury instructions, and requested questions for voir dire. (Doc. No. 60 at 2). The Order provides that "**[f]ailure to comply with this deadline WILL result in sanctions.**" (Id.). On September 14, 2021, the Court issued an Order reiterating the October 4, 2021 deadlines and notifying counsel that the failure to comply by 4:00 PM that day would result in sanctions. (Doc. No. 62).

The October 4 deadline has expired and counsel for Defendants has failed to comply. Within five (5) days of this Order, counsel shall comply with the August 6 and September 14 Orders, and file a Response explaining why sanctions should not be imposed.

**IT IS, THEREFORE, ORDERED** that, within **five (5) days** of this Order, counsel for Defendants shall comply with the August 6 and September 14, 2021 Orders, and file a Response

                                        1

Case 3:18-cv-00189-GCM   Document 63   Filed 10/13/21   Page 1 of 2

explaining why sanctions should not be imposed.

The Clerk is instructed to transmit a copy of this Order to James B. Trachtman, Special Deputy Attorney General, Section Head, Public Safety Section, North Carolina Department of Justice, jtrachtman@ncdoj.gov.

Signed: October 12, 2021

Graham C. Mullen
United States District Judge