IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF North Carolina CHARLOTTE DIVISION CIVIL ACTION No. 3:18-CV-189-GCM

James C. McNeill
VS.       Plaintiff
Michael D. Hinson et al.,
          Defendants

Plaintiff's 1st Submission of Proposed Jury Instructions

FILED
Charlotte
10/14/2021
U.S. District Court
Western District of N.C.

Plaintiff submits the following proposed jury instructions at this time:

## ~~SPECIFIC~~ KNOWLEDGE OF LAW PRESUMED; SPECIFIC INTENT NOT REQUIRED

Everyone is required to know what the law is and to act according to the law. If someone engages in an activity which violates the law, that person is responsible for his actions whether he intended to violate the law or not.

See HALEY v. GROSS, 86 F.3d 630, 642 (7th Cir. 1996)

DATE: 10/14/21

Pro se Plaintiff
James C. McNeill

DATE: 10/14/21

James C. McNeill
POB 1500 Butner NC 27509