UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
File No.: 3:18-cv-00189-GCM

| | |
|---|---|
| JAMES C. MCNEILL,<br>      Plaintiff,<br><br>v.<br><br>MICHAEL D. HINSON,<br>THOMAS B. TURGEON,<br>FNU SIMMONS,<br>FNU KINNEY,<br>WILLIAM HORNE,<br>FNU ALLLEN,<br>      Defendants. | **DEFENDANTS' RESPONSE<br>TO THE 5-DAY ORDER [D.E. 63]** |

NOW COME Defendants Simmons, Allen, Kinney, Turgeon, Hinson and Horne ("Defendants") by and through undersigned counsel, and respond to the Court's 5-Day Order [D.E. 63] as follows and respectfully request that the Court forgive undersigned counsel for his oversight and not impose Sanctions in this matter:

1. On October 13, 2021, undersigned counsel became aware of the Court's 5-Day Order [D.E. 63] as well as the Court's previous September 14, 2021 Order [D.E. 62] and the Court's August 6, 2021 Order [D.E. 62]

2. As soon as undersigned counsel became aware of the Court's 5-Day Order [D.E. 63], undersigned counsel immediately began to take measure to fix the situation.

3. Undersigned counsel has now filed the necessary pre-trial documents requested by the court and has remedied the situation.

4. Undersigned counsel is also attempting to resolve this matter along with several other lawsuits with Plaintiff and this case may be resolved prior to trial.

1

5. Undersigned counsel would never intentionally disregard a Court Order or fail to timely file pre-trial documents with the court. Unfortunately this was mistake that accidentally happened and undersigned counsel tried to fix the situation as soon as he because aware of the problem.

6. Currently, undersigned counsel is still working from home since March 2020 as a result of the Covid-19 pandemic and resulting stay-at-home orders from the North Carolina Department of Justice.

7. This working situation, along with attorney and paralegal staffing shortages in our section, an extremely high case-volume due to the staffing shortages, calendaring issues and trying to juggle all this with personal issues related to Covid-19 has made it extremely difficult to maintain normal working conditions.

8. Undersigned counsel respectively asks the Court to not impose sanctions in this case as Defendants were in no way a cause of any delay or oversight in failing pre-trial documents.

9. Undersigned counsel asks for forgiveness from the Court for this oversight and not penalize Defendants or Undersigned Counsel for this accidental mistake.

Respectfully submitted this the 18th day of October, 2021.

**JOSHUA H. STEIN**
**ATTORNEY GENERAL**

/s/ Bryan G. Nichols
Bryan G. Nichols
Assistant Attorney General
N.C. State Bar No. 42008

N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6568
Facsimile: (919) 716-6761
E-Mail: bnichols@ncdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing Defendants' Response to the 5-Day Order with the clerk of the Court using the CM/ECF system, and further hereby certify that a true and correct copy has been mailed to the Plaintiff a *non*-CM/ECF participant via regular first-class U. S. Mail addressed as follows.

    James C. McNeill

    OPUS No. 0275601

    Polk Correctional Inst.

    Box 2500

    Butner, NC 27509

This the 18th day of October, 2021.

/s/ Bryan G. Nichols
Bryan G. Nichols
Assistant Attorney General