UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-189-GCM

| | | |
|---|---|---|
| JAMES C. MCNEILL, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **WRIT OF HABEAS CORPUS** |
| | ) | **AD TESTIFICANDUM** |
| JHON HERRING, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

**TO:** U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina.

**TO:** Warden, Granville Correctional Institution, Butner, North Carolina.

**IT IS ORDERED** that the Warden of the Granville Correctional Institution, have the body of **James C. McNeill,** offender number **0275601**, now incarcerated at the Granville Correctional Institution, under safe and secure conduct before the undersigned United States District Judge Graham C. Mullen, in and for the United States District Court for the Western District of North Carolina, at the courtroom in the city of Charlotte, North Carolina, on or before **January 10, 2022, at 10:00 a.m.**, to be present for the trial in this matter. Mr. McNeill's trial is scheduled to begin at **10:00 a.m. on Monday, January 10, 2022**, in Courtroom #8 of the United States Courthouse, 401 W. Trade Street, **Charlotte**, North Carolina 28202.

Because Mr. McNeill is not in federal custody for these proceedings, the United States Marshals Service shall not be responsible for accompanying Mr. McNeill while he is in the courthouse. The Warden of Granville Correctional Institution shall be responsible for having sufficient state law enforcement officers to be present at all times and responsible for maintaining custody of, and ensure safe and secure conduct by, Mr. McNeill for the duration of

1

the trial in this matter. **The Warden of Granville Correctional Institution shall ensure that Mr. McNeill is present for each and every day of trial until the trial is completed**.

**IT IS, THEREFORE, ORDERED** that the Warden at the Granville Correctional Institution must transport Plaintiff James C. McNeill, so that he is present for trial to begin on **Monday, January 10, 2022 at 10:00 a.m.,** and then return him to the Granville Correctional Institution at the conclusion of trial.

**IT IS FURTHER ORDERED** that the Clerk's Office is respectfully directed to transmit a copy of this Order to all parties; the U.S. Marshal; the Warden of the Granville Correctional Institution, Box 2500, Butner, NC 27509; and Joyce Meadows, NCDPS Administrative Specialist for Writs, joyce.meadows@ncdps.gov.

Signed: November 2, 2021

Graham C. Mullen
United States District Judge