# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00189-GCM

| | |
|---|---|
| **JAMES C. MCNEILL,**<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL D. HINSON,**<br>**BRETT SIMMONS,**<br>**WILLIAM HORNE,**<br>**LAURA KINNEY,**<br>**FELICIA ALLEN,**<br>**THOMAS B. TURGEON,**<br><br>**Defendants.** | **ORDER** |

**THIS MATTER** comes before the Court on its own motion. The Court is in receipt of two letters from Plaintiff (ECF No. 80 & 81). In the first letter, Mr. McNeill asks (1) whether the Court has received his request for subpoenas and writs; (2) whether the Court received mail dated October 22, 2021; and (3) whether the Defendants responded to the Court's Order to Show Cause. Mr. McNeill's second letter alleges that correctional staff at Alexander CI "refuse to give me envelopes and writing paper" and "they told me they could not let me have any of the (6) six boxes of legal property I brought with me here."

Starting with Mr. McNeill's questions, it is unclear what filings Mr. McNeill is referring to. The Court will order that a copy of the docket sheet be provided to Plaintiff to clarify what is presently in the record. Defendants did file a timely response to the Order to Show Cause along with other pretrial filings, which the Clerk will be instructed to mail to Plaintiff as a courtesy. Finally, the Court will order that the Defendants promptly investigate the status of Plaintiff's legal materials and his access to the same.

**IT IS THEREFORE ORDERED** that:

1. The Clerk shall **SEND A COPY** of the docket sheet in this civil action to Mr. McNeill, along with the Defendants' pretrial filings (ECF No. 69 through ECF No. 77).

2. The Clerk shall **UPDATE** the docket to reflect Mr. McNeill's current mailing address at Alexander CI.

3. Defendants are directed to **ASCERTAIN THE STATUS** of Mr. McNeill's legal materials and his access to the same. Defendants shall **FILE** a written notice with the Court within ten (10) days.

**SO ORDERED.**

Signed: November 9, 2021

Graham C. Mullen
United States District Judge