IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-00189-GCM

| | |
|---|---|
| JAMES C. MCNEILL,<br><br>**Plaintiff,**<br><br>v.<br><br>MICHAEL D. HINSON,<br>FNU SIMMONS,<br>WILLIAM HORNE,<br>FNU KINNEY,<br>FNU ALLEN,<br>THOMAS B. TURGEON,<br><br>**Defendants.** | **ORDER** |

**THIS MATTER** is set for a jury trial on Monday, February 14, 2022, and Tuesday, February 15, 2022, before the undersigned at the United States District Court in Charlotte, North Carolina. The Court has determined that inmate **Jessie Lee Grooms, Jr. (offender number 0854714)** may be called as a witness in this case and must be made available to testify **via videoconferencing**.

**IT IS THEREFORE ORDERED** that the Warden of Scotland Correctional Institution shall have inmate-witness Jessie Lee Grooms, Jr. available to testify by videoconferencing **beginning at 1:00 pm on Monday, February 14** until the trial is in recess at the end of the day. Grooms shall also be available to testify by videoconferencing **beginning at 10 am on Tuesday, February 15** until the trial concludes later in the day. This Order shall remain in effect until such time as the witness is excused by the Court.

**IT IS FURTHER ORDERED** that copies of that Order be certified to the U.S. Marshals Service, the Warden of Scotland Correctional Institution at 22385 McGirts Bridge Road, Laurinburg, NC 28353, and the parties.

**SO ORDERED**.

Signed: January 13, 2022

Graham C. Mullen
United States District Judge