# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00189-GCM

| | |
|---|---|
| **JAMES C. MCNEILL,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **MICHAEL D. HINSON,** <br> **FNU SIMMONS,** <br> **WILLIAM HORNE,** <br> **FNU KINNEY,** <br> **FNU ALLEN,** <br> **THOMAS B. TURGEON,** | |
| **Defendants.** | |

**THIS MATTER** is set for a jury trial on Monday, February 14, 2022, and Tuesday, February 15, 2022, before the undersigned at the United States District Court in Charlotte, North Carolina. The Court has determined that inmate **Eddie Ellis (offender number 0626925)** may be called as a witness in this case and must be made available to testify **via videoconferencing**.

**IT IS THEREFORE ORDERED** that the Warden of Alexander Correctional Institution shall have inmate-witness Eddie Ellis available to testify by videoconferencing **beginning at 1:00 pm on Monday, February 14** until the trial is in recess at the end of the day. Ellis shall also be available to testify by videoconferencing **beginning at 10 am on Tuesday, February 15** until the trial concludes later in the day. This Order shall remain in effect until such time as the witness is excused by the Court.

**IT IS FURTHER ORDERED** that copies of that Order be certified to the U.S. Marshals Service, the Warden of Alexander Correctional Institution at 633 Old Landfill Road, Taylorsville NC 28681, and the parties.

**SO ORDERED**.

Signed: January 13, 2022

*[Signature]*

Graham C. Mullen
United States District Judge