# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00189-GCM

| | |
|---|---|
| JAMES C. MCNEILL,<br><br>**Plaintiff,**<br><br>v.<br><br>MICHAEL D. HINSON,<br>FNU SIMMONS,<br>WILLIAM HORNE,<br>FNU KINNEY,<br>FNU ALLEN,<br>THOMAS B. TURGEON,<br><br>**Defendants.** | <u>**ORDER**</u> |

**THIS MATTER** comes before the Court on its own motion. The trial in this matter has been interrupted by the Plaintiff's involvement in what has been reported as a minor car accident en route to the federal courthouse. Mr. McNeill requested to be transported to the hospital by ambulance. The Court now seeks to determine whether Mr. McNeill can go forward.

**IT IS THEREFORE ORDERED** that the authorities at Alexander Correctional Institution are requested to medically **EVALUATE** Mr. McNeill upon his return from the hospital. The authorities are further requested to **ADVISE THE COURT** by email whether Mr. McNeill is medically cleared for trial tomorrow. Finally, the authorities are **ORDERED** to **TRANSMIT A COPY** of Mr. McNeill's hospital discharge papers by email as soon as practicable and no later than 10 am on February 17, 2022.

**SO ORDERED**.

Signed: February 16, 2022

Graham C. Mullen
United States District Judge