IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-00189-GCM

JAMES C. MCNEILL,

    Plaintiff,

v.

MICHAEL D. HINSON,
THOMAS B. TURGEON,
BRETT SIMMONS,
FELICIA ALLEN,

    Defendants.

**VERDICT SHEET**

ISSUE 1: While acting under color of state law, did Defendant Allen violate Plaintiff's First Amendment rights?

Answer "Yes" or "No."

ANSWER: __No__

ISSUE 2: If you answered "Yes," to Issue 1, what damages are Plaintiff entitled to receive as a result of Defendant Allen's violation of Plaintiff's First Amendment rights? Answer in dollars and cents for each.

ACTUAL DAMAGES: _____

NOMINAL DAMAGES: _____

PUNITIVE DAMAGES: _____

ISSUE 3: While acting under color of state law, did Defendant Hinson violate Plaintiff's Eighth Amendment rights?

Answer "Yes" or "No."

ANSWER: NO

ISSUE 4: If you answered "Yes," to Issue 3, what damages are Plaintiff entitled to receive as a result of Defendant Hinson's violation of Plaintiff's Eighth Amendment rights? Answer in dollars and cents for each.

ACTUAL DAMAGES: _____

NOMINAL DAMAGES: _____

PUNITIVE DAMAGES: _____

ISSUE 5: While acting under color of state law, did Defendant Turgeon violate Plaintiff's Eighth Amendment rights?

Answer "Yes" or "No."

ANSWER: NO

ISSUE 6: If you answered "Yes," to Issue 5, what damages are Plaintiff entitled to receive as a result of Defendant Turgeon's violation of Plaintiff's Eighth Amendment rights? Answer in dollars and cents for each.

ACTUAL DAMAGES: _____

NOMINAL DAMAGES: _____

PUNITIVE DAMAGES: _____

ISSUE 7: While acting under color of state law, did Defendant Simmons violate Plaintiff's

Eighth Amendment rights?

Answer "Yes" or "No."

ANSWER: __NO__

ISSUE 8: If you answered "Yes," to Issue 7, what damages are Plaintiff entitled to receive as a result of Defendant Simmons' violation of Plaintiff's Eighth Amendment rights? Answer in dollars and cents for each.

ACTUAL DAMAGES: _____

NOMINAL DAMAGES: _____

PUNITIVE DAMAGES: _____

3

# **VERDICT**

Your deliberations are complete. The presiding juror should now sign and date the verdict form and notify the U.S. Marshal.

If each of the answers to the preceding questions is the true and unanimous verdict of the jury, only the presiding juror need sign and date in the spaces indicated below.

